FILED

MAR 2 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM V. GALLO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12MJ0508-WVG |
| Plaintiff, | |
| v. | **ORDER TO DISMISS COMPLAINT AND RELEASE MR. GUILLEN AYON IMMEDIATELY** |
| JUAN GUILLERMO GUILLEN AYON, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Complaint in the instant case be dismissed, without prejudice, and that Mr. Guillen Ayon be released from custody immediately.

**SO ORDERED.**

Dated: 3/2/12

_____
**HONORABLE WILLIAM V. GALLO**
United States Magistrate Judge